OPINION — AG — ** CLAIM AGAINST THE FEDERAL GOVERNMENT ** CLAIM AGAINST THE AIR NATIONAL GUARD FOR AN AIRPLANE CRASH. (THE STATE IS NOT LIABLE FOR TORTS OR DAMAGES ARISING FROM THE NEGLIGENCE OF ITS EMPLOYEES OR OFFICERS, THE FEDERAL GOVERNMENT IS IMMUNE) THE CLAIM SHOULD NOT BE LAWFULLY PAID SINCE NO APPROPRIATION IS MADE FOR THIS PURPOSE. CITE: 44 O.S. 111 [44-111], ARTICLE X, SECTION 15 (OWEN J. WATTS)